**Order filed July 2, 2015**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————

**NO. 14-14-00945-CV**

———————

**DURADRIL, L.L.C. AND GREG WARD, Appellants**

**V.**

**DYNOMAX DRILLING TOOLS, INC. AND DYNOMAX DRILLING TOOLS USA, INC., Appellees**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-67214**

## ORDER

Appellant Duradril, L.L.C., petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 14-36942. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on January 6, 2015, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On May 26, 2015, appellees filed a NOTICE OF BANKRUPTCY ORDER TERMINATING AUTOMATIC STAY PERSUANT TO U.S.C. §§ 362(D)(1). Attached to the notice is a copy of the bankruptcy court's order terminating the automatic stay.

On June 2, 2015, appellants were notified that unless they filed a motion demonstrating good cause to continue to abate this appeal, it would be reinstated and placed on the court's active docket. No response was filed.

Accordingly, the case is ordered REINSTATED and placed on the court's active docket.

Further, no reporter's record has been filed in this case. The official court reporter for the Court informed this court that appellant had not made arrangements for payment for the reporter's record.

Unless, within 15 days of the date of this order, appellants pay or make arrangements to pay the court reporter for preparing the record, and provide this court with proof of payment, we may consider and decide those issues or points that do not require a reporter's record. *See* Tex. App. P.37.3(c).


PER CURIAM


Panel consists of Justices Christopher, Brown and Wise.